**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-6327**

---

WILBERT EUGENE HAMPTON,

Plaintiff - Appellant,

versus

CATHERINE TURLINGTON, Doctor; EASTERN SHORE
EYE CENTER; JOHN FOLEY, Doctor; RITE AID
PHARMACY,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk. Rebecca B. Smith, District Judge.
(CA-00-118-2)

---

Submitted: July 27, 2000        Decided: August 3, 2000

---

Before MURNAGHAN, WILKINS, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Wilbert Eugene Hampton, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Wilbert Eugene Hampton appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Hampton v. Turlington, No. CA-00-118-2 (E.D. Va. Feb. 24, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED